UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-06555 DMG (JCGx)** | Date | August 13, 2012 |
| Title | *Lira Angel, et al v. Wells Fargo Bank, N.A., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO LOS ANGELES COUNTY SUPERIOR COURT**

On July 30, 2012, Defendant Wells Fargo Bank, N.A. removed this action from state court on the basis of diversity jurisdiction, 28 U.S.C. § 1332(a).

Relying on *Wachovia Bank v. Schmidt*, 546 U.S. 303, 126 S.Ct. 941, 163 L.Ed.2d 797 (2006), Wells Fargo asserts that as a national banking association it is solely a citizen of the state in which its main headquarters are located. (Notice of Removal at 6 [Doc. # 1].) Thus, Wells Fargo maintains that it is solely a citizen of South Dakota because its articles of association designate its headquarters in Sioux Falls, South Dakota. (*Id.* at 6, Ex. H.) *Schmidt*, however, expressly declined to hold that a national banking association's citizenship is limited to the state in which its main office is located as set forth in its articles of association. 546 U.S. at 315 n.8.

On January 13, 2012, this Court issued a decision in *Rouse v. Wachovia Mortgage, FSB*, No. CV 11-00928 DMG (DTBx), 2012 WL 174206, 2012 U.S. Dist. LEXIS 6962 (C.D. Cal. Jan. 13, 2012) [Doc. # 43], in which it found that because Wells Fargo's principal place of business is in California, it is also a citizen of the state of California. The Court thereupon remanded the case to state court. Given that Plaintiffs are also California citizens (*see* Notice of Removal at 2) and pursuant to this Court's reasoning in *Rouse*, it appears that the parties are not diverse.

Therefore, Wells Fargo is **ORDERED TO SHOW CAUSE** why this action should not be remanded for lack of subject matter jurisdiction. Wells Fargo shall file its response on or before **August 20, 2012**. All deadlines are stayed pending resolution of the jurisdictional issue.

**IT IS SO ORDERED.**

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |